**FORM 9** (Rev. 11/93)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

IN RE: : CASE NO. **10-36519**

**KENNETH DANIEL NASH** : CHAPTER 7
**STACY LYNN NASH**
 : JUDGE HUMPHREY

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached checks in the amount of **$ .12** represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 USC § 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| ORL Inc., R. Welsh D. Vyas<br>915 W Michigan Street<br>Yager Building, Suite 301<br>Sidney OH   45365 | 9 | $ .12 |

Total Unclaimed/Small                    Total Unclaimed
Dividends $25.00 or under                Dividends Over $25.00

**$  .12**                                         $_____

**Dated:   09/12/11**                       **/s/ Roger E. Luring**_____
                                                     **Roger E. Luring, Case Trustee**
                                                     **314 W. Main Street**
                                                     **Troy, OH 45373**
                                                     **(937) 339-2627**
                                                     **AR #0010834**

**cc: US Trustee**